## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.07-CR-30156-WDS |
| | ) | |
| CARLTON GILMORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is defendant, Carlton Gilmore's, motion for a retroactive reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 87). The defendant also seeks a copy of the lab report in his case, so that he can raise a claim related to the amount of crack cocaine to which he pleaded guilty (Doc. 86). Recently the United States Sentencing Commission reduced the disparity between sentencing recommendations for powder cocaine and crack cocaine offenses and the retroactive application of the advisory Sentencing Guidelines is to take effect November 1, 2011, unless Congress takes steps to prevent the action. The Court hereby APPOINTS the Federal Public Defender to represent the defendant in this matter, pursuant to the Court's Administrative Order 137. This matter is stayed until November 1, 2011. The Court reserves ruling on the motion for copy of lab report pending review of the file by appointed counsel. If counsel seeks this report, he shall advise the Court of the need for this report after the stay is lifted.

**IT IS SO ORDERED.**

**DATE: 16 September, 2011**

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE